# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 29, 2022

Lyle W. Cayce
Clerk

No. 21-10881
Summary Calendar

Ｕｎｉｔｅｄ Ｓｔａｔｅｓ ｏｆ Ａｍｅｒｉｃａ,

*Plaintiff—Appellee*,

*versus*

Ｊｅｒｏｍｅ Ｊ. Ｂｕｒｔｏｎ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-506-1

Before Ｓｍｉｔｈ, Ｓｔｅｗａｒｔ, and Ｇｒａｖｅｓ, *Circuit Judges*.

Ｐｅｒ Ｃｕｒｉａｍ:*

The attorney appointed to represent Jerome J. Burton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Burton has not filed a response. We have reviewed counsel's brief and the

---

* Pursuant to 5ｔｈ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ｔｈ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5.4.

No. 21-10881

relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.